## 32703. BROOKS v. HOPPER.

The judgment of the superior court is reversed and remanded for further proceedings.

*Judgment reversed. All the Justices concur.*

DECIDED JULY 15, 1977.

Jerry Lee Brooks, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.